USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: MAY 13 2009

MARK MCKINNON
HARUMI MCKINNON
5807 Lake Emma Court.
Groveland, FL 34736
407-362-7781
Defendants

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| THE MCGRAW-HILL COMPANIES, Inc., | Case No.: 09 CIV 1208 |
| Plaintiff, | REQUEST FOR EXTENSION OF TIME TO PLEAD |
| vs. | |
| MARK MCKINNON AND HARUMI MCKINNON | |
| Defendants | |

ORDER

It is hereby ordered that defendants may have until June 3, 2009 to answer in this matter. No further extensions absent a specific showing of good cause and necessity therefor.

Judge of the District Court              Date

SO ORDERED.

NEW YORK, NY
May 13, 2009
LAURA TAYLOR SWAIN
UNITED STATES DISTRICT JUDGE

Order Granting Defendants' Motion for Extension of Time Page 1